UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **FILIBERTO CORREA, on behalf of himself and all others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CYPRESS LAWN SPECIALISTS, INC. and ROBERT F. RATLIFF,**<br><br>**Defendants.** | **Case No. 1:16-cv-09141**<br>**Judge Ruben Castillo** |

**JOINT STIPULATION TO DISMISS WITH PREJUDICE**

Plaintiff, Filiberto Correa, and Defendants, Cypress Lawn Specialists, Inc. and Robert F. Ratliff, individually, by and through their attorneys, hereby submit this Joint Stipulation to Dismiss with Prejudice the above-captioned action, with each party to bear its own costs and attorneys' fees, pursuant to the parties' settlement agreement. The Parties further agree that this Court shall retain jurisdiction for three years to enforce the settlement and its agreed upon confidentiality terms.

Dated: September 7, 2017

Respectfully Submitted,

| | |
|---|---|
| **FILIBERTO CORREA**<br>By: /s/ Marni J. Willenson<br>Willenson Law, LLC<br>542 S. Dearborn Street, Suite 610<br>Chicago, IL 60605<br>marni@willensonlaw.com | **CYPRESS LAWN SPECIALISTS, INC., and ROBERT F. RATLIFF, individually,**<br>By: */s/ Jennifer Adams Murphy*<br>Wessels Sherman<br>2035 Foxfield Road<br>St. Charles, Illinois 60174<br>jemurphy@wesselssherman.com |